UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS TATUM,<br><br>             Plaintiff,<br><br>    v.<br><br>JOSEPH BIDEN, in his official<br>capacity as President of the<br>United States, et al.,<br><br>             Defendants. | Civil Action No. 24-33 (RBW) |

**ORDER**

      Thomas Tatum, proceeding pro se in this civil lawsuit, filed his Complaint on January 4, 2024.  See Complaint ("Compl.") at 1, ECF No. 1.  Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff was required to serve the defendants with a summons and a copy of the Complaint by April 4, 2024.  See Fed. R. Civ. P. 4(m) (requiring a plaintiff to perfect service on a defendant "within 90 days after the complaint is filed"); Fed. R. Civ. P. 4(c)(1) ("A summons must be served with a copy of the complaint . . . [and t]he plaintiff is responsible for having the summons and complaint served [on the defendants] within the time allowed by Rule 4(m)[.]").  Furthermore, the plaintiff has the burden of providing proof of service to the Court.  See Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court[, and e]xcept for service by a United States marshal or deputy marshal, proof must be by the server's affidavit.").  The deadline for service has since passed, yet no proof of service has been filed with the Court.

      Rule 4(m) provides that "if [a] plaintiff shows good cause for the failure" to effect service, then "the court must extend the time for service for an appropriate period."  Fed. R.

Civ. P. 4(m) (emphasis added).  The Court, therefore, will require the plaintiff to show cause in writing why the Court should grant him an extension to perfect service of a summons and a copy of the Complaint on the all of the defendants.  If the plaintiff does not respond in a timely manner to this order, the Court may dismiss his Complaint for failure to prosecute this case.  See id. (authorizing the Court, "on its own after notice to the plaintiff[, to] dismiss the action without prejudice against" [] defendant[s] that ha[ve] not been timely served pursuant to this rule).

Accordingly, it is hereby

**ORDERED** that the plaintiff shall **SHOW CAUSE** in writing on or before April 30, 2024, why the Court should grant him an extension to perfect service of process on all of the defendants named in his Complaint.  It is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to the plaintiff's address on record.

**SO ORDERED** this 11th day of April, 2024.

REGGIE B. WALTON<br>
United States District Judge